IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00653-RPM-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HAROLD G. HOPKINS, II,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2010.**

    The Stipulated Motion for Extension of Time to Answer [filed May 4, 2010; docket #9] is **granted**. Defendant may answer or otherwise respond to the Complaint on or before **July 15, 2010**.

    The Joint Motion to Vacate Status Conference [filed May 4, 2010; docket #10] is **granted in part** and **denied in part**. The Status Conference set for May 28, 2010, is **vacated** and **rescheduled** to **July 15, 2010**, at **9:30 a.m.** If Plaintiff submits dismissal papers or requests a consent decree before this date, the Court will vacate the Status Conference.

    The Status Conference will be held in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. If this date is not convenient, counsel should confer with opposing counsel and contact my Chambers to obtain an alternate date. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

    Plaintiff shall notify all parties who have not entered an appearance of the date and time of the Status Conference.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.