IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00653-RPM-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HAROLD G. HOPKINS II,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [14], it is

ORDERED that this action is dismissed with prejudice.

DATED: June 18th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge